THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:14-cr-00051-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>                          Plaintiff,       )<br>                                                          )<br>                vs.                               )<br>                                                          )<br>                                                          )<br>(1) LLOYD DODWELL and        )<br>(2) DARREN HILL,                       )<br>                                                          )<br>                          Defendants.   )<br>_____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Bill of Information [Doc. 11].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 11] is **GRANTED**, and the Bill of Information filed in the above-captioned case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: August 13, 2014

Martin Reidinger
United States District Judge