THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:14-cr-00051-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| (1) LLOYD DODWELL and ) | |
| (2) DARREN HILL, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Bill of Information [Doc. 11].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 11] is **GRANTED**, and the Bill of Information filed in the above-captioned case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: August 13, 2014

Martin Reidinger
United States District Judge